**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| SHAMIA SHARP, as a mother, natural guardian, and next friend of Z.T., a minor | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-00033 (WLS) |
| | : | |
| POLYMER80, INC., | : | |
| POLYMER80 ENTER. PROPS., LLC, | : | |
| and | : | |
| DELTATEAMTACTICAL.COM | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Defendant Deltateamtactical.com ("Delta") filed a "Motion to Extend Deadline for Responsive Pleading" (Doc. 11) on April 13, 2023. Therein, Defendant requests the Court to extend the time for Delta to answer or respond to Plaintiff's Complaint. (*Id.*) Delta explains that it needed to take some time to identify local counsel in the Middle District of Georgia after being served with summons and complaint in late March and that it needed additional time to familiarize itself with the Complaint. (*Id.*) Delta also notes that it already informed Plaintiff's Counsel about its desire to extend the deadline to file a responsive pleading until Tuesday, April 25, 2023, and that Plaintiff's Counsel informed Delta that Plaintiff will not oppose Delta's request for extension until April 25, 2023. (*Id.*)

1

For good cause shown, Defendant Delta's Motion to Extend Deadline for Responsive Pleading (Doc. 11) is **GRANTED**. FED. R. CIV. P. 6(b)(1). The deadline for Defendant Delta to file a response or answer is hereby extended to Tuesday, April 25, 2023.

**SO ORDERED**, this ___18th___ day of April 2023.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**