IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **SHAMIAH SHARP, as mother, natural guardian, and next friend of Z.T., a minor, residents and citizens of Georgia,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No.** |
| **POLYMER80, INC., a Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, a Nevada Limited Liability Company, and DELTATEAMTACTICAL.COM, a Utah Limited Liability Company,** | ) ) ) ) ) ) ) ) | **7:23-cv-00033-WLS** |
| **Defendants.** | ) | |

## JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 6.1, Plaintiff Shamiah Sharp and Defendants Polymer80, Inc., and Polymer80 Enterprise Properties, LLC, file this Joint Stipulation of Extension of Time to Respond to Plaintiff's Complaint. The above-mentioned parties hereby stipulate to a 14-day extension of the deadline for Polymer80, Inc., and Polymer80 Enterprise Properties, LLC, to respond to Plaintiff's Complaint. (ECF No. 1). Pursuant to this stipulation, the deadline for a response is now May 15, 2023.

Respectfully submitted,

*/s/ Melvin L. Hewitt (w/ permission)*          */s/ R. Thomas Warburton*
Melvin L. Hewitt                                 R. Thomas Warburton
Georgia Bar No. 350319                           Georgia Bar No. 218175
Isenberg & Hewitt                                Bradley Arant Boult Cummings LLP
600 Embassy Row, Suite 150                       1819 Fifth Avenue North
Atlanta, GA 30328                                Birmingham, AL 35203
Telephone: (770) 351-4400                        Telephone: (205) 521-8987
Facsimile: (770) 828-0100                        Facsimile: (205) 521-8800
mel@isenberg-hewitt.com                          twarburton@bradley.com

*Attorney for Plaintiff Shamiah Sharp.*          *Attorney for Defendants Polymer80, Inc., and Polymer80 Enterprise Properties, LLC*

SO ORDERED this 1st day of May, 2023

W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

I certify that on April 27, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

/s/ *R. Thomas Warburton*
R. Thomas Warburton