# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SHAMIAH SHARP, as mother, natural guardian, and next friend of Z.T., a minor, residents and citizens of Georgia,<br><br>    Plaintiff,<br>v.<br><br>POLYMER80, INC., a Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, a Nevada Limited Liability Company, and DELTATEAMTACTICAL.COM, a Utah Limited Liability Company,<br><br>    Defendants. | Civil Action No.<br>7:23-cv-00033-WLS |

## DEFENDANTS POLYMER80, INC.'S AND POLYMER80 ENTERPRISE PROPERTIES, LLC'S MOTION TO DISMISS

Defendants Polymer80, Inc. and Polymer80 Enterprise Properties, LLC respectfully move to dismiss all claims against them under Federal Rules of Civil Procedure 8, 12(b)(2), and 12(b)(6). The Complaint constitutes an impermissible shotgun pleading that fails to comply with Rule 8. Plaintiff cannot establish personal jurisdiction over Polymer80 Enterprise Properties, LLC. The Complaint fails to state a claim for negligent entrustment or negligence *per se* under Georgia law. Finally, the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901 *et seq.*, otherwise preempts this lawsuit and compels "immediate[] dismiss[al]," *id.* § 7902(b).

In support of this Motion, Defendants incorporate the accompanying Memorandum of Law and its attached exhibits.

Respectfully submitted,

        **BRADLEY ARANT BOULT CUMMINGS LLP**

        By: */s/ R. Thomas Warburton*
        R. Thomas Warburton
        twarburton@bradley.com
        Bradley Arant Boult Cummings LLP
        One Federal Place
        1819 5th Ave. N.
        Birmingham, AL 35203
        Telephone (205) 521-8987
        Facsimile: (205) 488-6987

        **ATTORNEY FOR POLYMER80, INC. AND POLYMER80 ENTERPRISE PROPERTIES, LLC**

## CERTIFICATE OF SERVICE

I certify that on May 15, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

*/s/ R. Thomas Warburton*
R. Thomas Warburton
