# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAMIAH SHARP, as mother, natural guardian, and next friend of Z.T., a minor, residents and citizens of Georgia,<br><br>Plaintiff,<br><br>v.<br><br>POLYMER80, INC., a Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, a Nevada Limited Liability Company, and DELTATEAMTACTICAL.COM, a Utah Limited Liability Company,<br><br>Defendants. | Civil Action No.<br>7:23-cv-00033-WLS |

## DECLARATION OF LORAN L. KELLEY JR.

I, Loran L. Kelley, Jr., declare as follows:

1. My name is Loran L. Kelley, Jr.

2. I am over 18 years of age, have personal knowledge of the facts stated herein, and am competent in all respects to give the testimony contained herein.

3. I am one of the founders of Polymer80, Inc., and its President and Chief Executive Officer. I own 90% of Polymer80, Inc. My mother, Brenda Kelley, owns the remaining 10%. As its senior officer, I am deeply familiar with Polymer80, Inc.'s business and commercial activities.

4. I am also a founder and member of Polymer80 Enterprise Properties, LLC. I own 90% of the interest in Polymer80 Enterprise Properties, LLC. My mother, Brenda Kelley, owns the remaining 10%. As a founder and member of Polymer80 Enterprise Properties, LLC, I am deeply familiar with its economic interests and its business and commercial activities.

5. I reside in Dayton, Nevada. My mother also resides in Nevada.

6. Polymer80 Enterprise Properties, LLC is registered in the state of Nevada, and its principal place of business operations is in Dayton, Nevada.

7. Polymer80 Enterprise Properties, LLC does not have any offices or business operations outside of Nevada.

8. Polymer80 Enterprise Properties, LLC maintains its business records exclusively in Nevada.

9. Polymer80 Enterprise Properties, LLC does not own any property, assets, or bank accounts in the state of Georgia.

10. Polymer80 Enterprise Properties, LLC is separate and distinct from Polymer80, Inc. The two entities maintain separate profits and losses. The two entities observe all corporate formalities.

11. Polymer80, Inc. designs, markets, and distributes firearms, non-firearm products, and related components and accessories ("Polymer80 products").

12. Polymer80 Enterprise Properties, LLC does not design, market, distribute, sell, or service Polymer80 products.

13. Polymer80 Enterprise Properties, LLC did not sell a frame blank or parts kit to J.C. as described in the Complaint.

14. Polymer80 Enterprise Properties, LLC's sole business operation was the holding of a lease for a building that Polymer80, Inc., intended to rent, move into, and operate its business out of. Polymer80, Inc. never moved into that property.

15. Polymer80 Enterprise Properties, LLC's leasehold interest in the property described in Paragraph 14 has ended.

16. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2023

_____
Loran L. Kelley Jr.