IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAMIA SHARP, as a mother, natural guardian, and next friend of Z.T., a minor : <br><br> Plaintiff, <br><br> v. <br><br> POLYMER80, INC., <br> POLYMER80 ENTER. PROPS., LLC, <br> and <br> DELTATEAMTACTICAL.COM <br><br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :     CASE NO.: 7:23-CV-00033 (WLS) |

## **ORDER**

Presently before the Court are two Motions to Dismiss the Complaint filed by Defendants Polymer 80 and Polymer80 Enterprise Properties (Doc. 15), and Defendant Deltateamtactical.com (Doc. 19).

Plaintiff filed her Complaint (Doc. 1) in the above-styled matter on March 20, 2023. Defendant Deltateamtactical.com filed its instant Motion to Dismiss (Doc. 15) on April 25, 2023. Plaintiff timely filed her Response (Doc. 21) on May 15, 2023. Accordingly, Defendant Deltateamtactical.com has until Monday, May 22, 2023, to file a Reply, if it desires.

That same day, on May 15, 2023, Defendants Polymer80 and Polymer80 Enterprise Properties filed its Motion to Dismiss the Complaint (Doc. 19). Plaintiff currently has twenty-one days after or until Monday, June 5, 2023, to file her response. Thereafter, Defendants would have seven days after or until Monday, June 12, 2023, to file its reply.

1

Generally, once Defendants answer or file their Rule 12 motions, the Court usually issues a Rules 16/26 order pursuant to Federal Rule of Civil Procedure 26(f)(1)-(4) obtain Parties' proposed scheduling/discovery order and set the initial discovery conference. However, the Court finds that it is imperative that the pending Motions to Dismiss (Doc. 15; Doc. 19) be resolved before issuing a Rules 16/26 order. Therefore, all discovery in the above-styled matter is **STAYED** pending the Court's order on Defendants' Motions to Dismiss. *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to tis power to control its own docket."); *Johnson v. Bd. of Regents Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling.")

**SO ORDERED**, this __18th__ day of May 2023.

                                          /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**