UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAMIAH SHARP, as mother, natural guardian and Next friend of Z.T., a minor, residents and citizens of Georgia,<br><br>    Plaintiff,<br><br>vs.<br><br>POLYMER 80, INC., A Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, A Nevada Limited Liability Company, And DELTATEAMTACTICAL.COM, A Utah Limited Liability Company d/b/a DELTA TEAM TACTICAL,<br><br>    Defendants.<br>_____/ | CIVIL ACTION<br>CASE NO. 7:23-cv-33-WLS |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Plaintiff SHAMIAH SHARP, as mother, natural guardian and next friend of Z.T., a minor, through undersigned counsel, gives notice of filing the attached or accompanying supplemental authority, relating to the Motions to Dismiss filed by Defendants POLYMER80, INC. and DELTATEAMTACTICAL.COM (D.E. 15, 15-1, 19, 20), to which Plaintiff has responded (D.E. 21, 25) and as to which Defendants have replied (D.E. 24, 26). The supplemental authority upon which Plaintiff relies is *New York v. Arm or Ally, LLC*, 2024 U.S. Dist. LEXIS 31322, 2024 WL 756474 (S.D.N.Y. Case No. 22-CV-6124 (JMF)). The Plaintiff relies in particular on the analysis at Pages 3-6, **4-11, and Pages 9-13, **18-26, of *Arm or*

Sharp vs Polymer 80, etc. et. al.<br>Case No. 7:23-cv-33-WLS

*Ally*, in which the court assessed the applicability to "ghost gun" kits of the federal definition of a firearm at 18 U.S.C. §921(a)(3) and concluded that the definition did apply under the plain meaning of the statute, since the frames, receivers, and other ghost gun components sold by the defendants in *Arm or Ally* were items that could "readily be converted" into functional firearms capable of expelling a projectile. *See Arm or Ally* at Page 10, *20 ("That is, it is enough for now to determine that the State plausibly alleges that unfinished frames and receivers are 'firearms' because they may 'readily be converted' to fire a projectile.").

Respectfully submitted,

> **s/*Edward S. Schwartz***
> Edward S. Schwartz,
> Florida Bar No. 346721 (admitted pro hac vice)
> GERSON & SCHWARTZ, P.A.
> 1980 Coral Way
> Miami, FL  33145
> Tel: (305) 371-6000
> eschwartz@gslawusa.com
> ISENBERG & HEWITT
> Melvin L. Hewitt, Jr.
> Georgia Bar No. 350319
> 600 Embassy Row, Suite 150
> Atlanta GA 30328
> T 770 351 4400
> F 770 828-0100
> mel@isenberg-hewitt.com

Sharp vs Polymer 80, etc. et. al.<br>Case No. 7:23-cv-33-WLS

Michael Davis
Florida Bar No. 330094 (admitted pro hac vice)
BOONE & DAVIS
2311 North Andrews Avenue
Fort Lauderdale, FL 33311
T 954-566-9919
F 954-556-2680
MDavis@boonedavis.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that the foregoing was filed and served through the CM/ECF system of this Court upon all counsel registered with the CM/ECF system of the Court, this 7th day of March, 2024.

**s/*Edward S. Schwartz***
Edward S. Schwartz,
Florida Bar No. 346721 (admitted pro hac vice)
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL  33145
Tel: (305) 371-6000
eschwartz@gslawusa.com