Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SHAMIAH SHARP, as mother, natural
guardian and Next friend of Z.T., a minor,
residents and citizens of Georgia,

      Plaintiff,

vs.

POLYMER80 INC., a Nevada corporation,
POLYMER80 ENTERPRISE PROPERTIES,
LLC, a Nevada Limited Liability Company,
and DELTATEAMTACTICAL.COM, a Utah
Limited Liability Company d/b/a DELTA
TEAM TACTICAL,

      Defendants.

CIVIL ACTION

CASE NO. 7:23-cv-33-WLS

---

**AFFIDAVIT OF GINO CARNESI**

I, GINO CARNESI, being first duly sworn, state as follows:

1.     I am over twenty-one years of age.

2.     I am the Senior VP of Ecommerce & Compliance at Delta Team Tactical ("Delta"). I have personal knowledge of and am competent to testify to all matters set forth in this Affidavit.

3.     Delta was named as a defendant in the above captioned case.

4.     When asked about the basis for naming Delta, Plaintiff's counsel said, "we do have a screenshot of the Polymer80 website as it existed in February 2023, when we were preparing the Complaint…The preserved Polymer80 website page clearly indicates that the "PF940CV1 'compact version, in black (i. e. 'BLK") was one model of ghost gun kit being sold by Polymer80 at the time, as well as being one of the ghost gun kit models purchased by J.C. The website page for this model clearly indicates that…the PF940CV1 was "available exclusively through Delta Team Tactical" as a distributor."

1

5.      However, according to the Complaint, the events giving rise to Plaintiff's claims occurred on May 1, 2021, well before Plaintiff's counsel investigated the Polymer80 website.

6.      The exclusive distributor relationship between Polymer80 and Delta referenced on the Polymer 80 website did not begin until October 2022, eighteen months after the alleged incident. A copy of the Brokerage Agreement is attached hereto as **Exhibit A**.

7.      I personally reviewed Delta's records and confirm that Delta never sold either the frame used in the shooting (PF45-Grey model of Polymer80) or the frame that Plaintiff identifies as part of the Delta-Polymer 80 relationship (Black PF940CV1) to any customer located in Valdosta, Georgia or surrounding areas during the ten (10) months leading up to the alleged incident.  The customer in that sale was confirmed via a whitepages audit to be over the age of 21 at the time of purchase.[1]

8.      Delta has never sold any parts to any customer located at 2104 Melrose Drive—the address listed in the police reports where the incident occurred.

9.      Furthermore, according to the police reports that Plaintiff's counsel provided, the black PF940CV1 was not even fired in the incident. Rather, the police records confirm that the injury was caused by the PF45-Grey model of Polymer80. A copy of a table referencing the police records is attached hereto as **Exhibit B**.

10.     Delta did not start carrying the frame that was used to inflict the harm on Plaintiff (PF45-Grey model of Polymer80) until April 27, 2022, twelve months after the alleged incident alleged in the Complaint.

DATED: January 30, 2025.

/s/ Gino Carnesi
Gino Carnesi

---

[1] According to the Report of Detective Daniel Dutton, the individual that pulled the trigger indicated that she ordered the frame from a website and that it was delivered to her residence in Valdosta, Georgia. Daniel Dutton Report, Pgs. 2-3

Delta Team Tactical
*Signed with permission

Exhibit A



# Polymer80, Inc./ Davidson Defense Brokerage Agreement

Date: 03October2022 From: Loran Kelley, CEO To: Garth

Davidson, Owner Polymer80, Inc. 134 Lakes Blvd.

Dayton, NV 89403

## Contract for Davidson Defense Inc. Exclusive Brokerage Rights to Polymer80, Inc. 80% Products

The following contract provides for Polymer80, Inc. to utilize the sales and marketing services of Davidson Defense Inc./ Delta Team Tac/ Omega Tact/ Davidson Def/ DDEF as an exclusive broker of Polymer80, Inc. 80% products. Products allowed for exclusivity in this contract are as follows:

- PF940C Frame Blank – All color variations
- PF940v2 Frame Blank – All color variations
- PF940SC Frame Blank – All color variations
- PF9SS Frame Blank – All color variations
- PF45 Frame Blank – All color variations
- RL556v3 (Rhino) Frame Blank – All color variations

### Parts & Definitions:

1. PF940C Frame Blank
   a. PF940C Frame
   b. Rear Rail Module
   c. Locking Block Rail System
   d. 2 – 3mm pins
2. PF940v2 Frame Blank

      a. PF940v2 Frame

      b. Rear Rail Module

      c. Locking Block Rail System

      d. 2 – 3mm pins

3. PF940SC Frame Blank

      a. PF940SC Frame

      b. *Rear Rail Module*

      c. Locking Block Rail System

      d. 1 – 3mm pin

      e. 1 – 2mm pin

4. PF9SS Frame Blank

      a. PF9SS Frame

      b. Rear Rail Module

      c. Locking Block Rail System

      d. 1 – 3mm pin

      e. 1 – 2mm pin

5. PF45 Frame Blank

      a. PF45 Frame

      b. Rear Rail Module

      c. *Locking Block Rail System*

      d. 2 – 3mm pins

**Requirements:**

Davidson Defense Inc.

- Provide Quarterly purchase orders, to be shipped once per month that meets the minimum purchase requirement outlined below.
- Provide for specific ship dates per purchase order.
- Sales orders within 30 days of scheduled ship date cannot be altered or cancelled. • Sales orders within 60 days of scheduled ship date can be altered based on inventory needs to  Davidson Defense Inc.

Polymer80, Inc.

- Produce product to the sales order and keep a minimum stock of all 80% products on hand to meet the needs of revised sales orders.
- Ship product timely to the requested ship date of purchase orders received. • Support and promote Davidson Defense Inc. through marketing efforts driving consumer and  B2B traffic to Davidson Defense Inc. for sales.
  - Polymer80, Inc. agrees to only sell 80% products, i.e., frame and receiver blanks, to Davidson

Defense Inc. as its sole source broker of said products outlined in this agreement.

**Pricing and Volume Requirements:**

The following pricing is set specifically as a Brokerage price available only to Davidson Defense Inc. as an exclusive.

PF940C - $45ea.

PF940v2 - $45ea.

PF940SC - $45ea.

PF9SS - $40ea.

PF45 - $50ea.

RL556v3 - $30ea.

*See Appendum 1 for New pricing* ᵍᵂᴰ ᵍ 10/18/2022

The volume requirement shall be agreed to meet a minimum of $1,500,000.00 per month in approved purchase orders. Suggested volumes are based on Polymer80, Inc. historical sales trends of monthly sales order intake. Suggested volumes and applicable pricing are as follows:

SKU Description Monthly Volume Price Sub-Total P80-BKC-BLK 80% Compact Frame - Black 5000 $ 45.00 $ 225,000.00 P80-BKC-FDE 80% Compact Frame - FDE 3000 $ 45.00 $ 135,000.00 P80-BKC-GRY 80% Compact Frame - Gray 2500 $ 45.00 $ 112,500.00

P80-BKS-BLK 80% Full Size Frame - Black 4000 $ 45.00 $ 180,000.00 P80-BKS-FDE 80% Full Size Frame - FDE 2000 $ 45.00 $ 90,000.00 P80-BKS-GRY 80% Full Size Frame - Gray 1000 $ 45.00 $ 45,000.00

P80-BKSC-BLK 80% Subcompact Frame - Black 2500 $ 45.00 $ 112,500.00 P80-BKSC-FDE 80% Subcompact Frame - FDE 1200 $ 45.00 $ 54,000.00 P80-BKSC-GRY 80% Subcompact Frame - Gray 800 $ 45.00 $ 36,000.00

P80-BKSS-BLK 80% Single Stack Frame - Black 3000 $ 40.00 $ 120,000.00 P80-BKSS-FDE 80% Single Stack Frame - FDE 2000 $ 40.00 $ 80,000.00 P80-BKSS-GRY 80% Single Stack Frame - Gray 1000 $ 40.00 $ 40,000.00

P80-BK45-BLK 80% Large Frame 45acp/10mm - Black 900 $ 50.00 $ 45,000.00 P80-BK45-FDE 80% Large Frame 45acp/10mm - FDE 650 $ 50.00 $ 32,500.00 P80-BK45-GRY 80% Large Frame 45acp/10mm - Gray 400 $ 50.00 $ 20,000.00

P80-BK556v3-BLK 80% AR15 Receiver - Black 3000 $ 30.00 $ 90,000.00 P80-BK556v3-FDE 80% AR15 Receiver - FDE 1500 $ 30.00 $ 45,000.00 P80-BK556v3-GRY 80% AR15 Receiver - Gray 750 $ 30.00 $ 22,500.00 P80-BK556v3-ODG 80% AR15 Receiver - OD Green 500 $ 30.00 $ 15,000.00

Grand Total $ 1,500,000.00

## Non-Compete:

As the exclusive Broker of Polymer80, Inc. 80% products, Davidson Defense Inc. agrees not to carry any other competitors polymer 80% products or engage in manufacturing of any other polymer 80% products.

## Payment and Terms:

Payment shall be completed via wire transfer with NET30 terms extended. Payment is due 30 days from the date of shipment departing Polymer80, Inc. facility.

## Shipping:

Shipping will be done via freight with all products appropriately packaged on pallets. Polymer80, Inc. shall cover all shipping expenses for each purchase order.

SIGNED: Polymer80, Inc.

Print: _____

Signature: _____

(Authorized Officer)


SIGNED: Davidson Defense Inc.

Print: _____

Signature: _____

(Authorized Officer)

*See* ADDendum 1

| | SHIPPING METHOD | | PAYMENT TERMS | | | PURCHASE ORDER # |
|---|---|---|---|---|---|---|
| | USPS, FEDEX, UPS, OTHER | | Net30 | | | November 2022 Order |

PREPAID SHIPPING ACCOUNT NUMBER #:

| QUANTITY | PRODUCT CODE | PRODUCT DESCRIPTION | | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 2000.00 | P80-BKC-BLK | 80% PF940C Compact Frame Blank - Black | | $ 35.00 | $ 70,000.00 |
| 429.00 | BKP-00093-ODG-BR | 80% PF940C Compact Frame Blank - Exclsuive Texture - OD Green | D/C Item | $ 35.00 | 15,015.00 |
| 5.00 | BKP-00093-COB-BR | 80% PF940C Compact Frame Blank - Exclsuive Texture - Cobalt | D/C Item | $ 35.00 | 175.00 |
| 51.00 | BKP-00093-COY-BR | 80% PF940C Compact Frame Blank - Exclsuive Texture - Coyote | D/C Item | $ 35.00 | 1,785.00 |
| 2500.00 | P80-BKS-BLK | 80% PF940v2 Full Size Blank - Black | | $ 35.00 | 87,500.00 |
| 25.00 | BKP-00092-BLK-BR | 80% PF940v2 Full Size Blank - Exclusive Texture - Black | D/C Item | $ 35.00 | 875.00 |
| 500.00 | P80-BKS-FDE | 80% PF940v2 Full Size Blank - FDE | | $ 35.00 | 17,500.00 |
| 500.00 | P80-BKS-GRY | 80% PF940v2 Full Size Blank - Gray | | $ 35.00 | 17,500.00 |
| 141.00 | BKP-00092-COY-BR | 80% PF940v2 Full Size Blank - Exclusive Texture - Coyote | D/C Item | $ 35.00 | 4,935.00 |
| 28.00 | BKP-00092-GRY-BR | 80% PF940v2 Full Size Blank - Exclusive Texture - Gray | D/C Item | $ 35.00 | 980.00 |
| 75.00 | BKP-00092-ODG-BR | 80% PF940v2 Full Size Blank - Exclusive Texture - OD Green | D/C Item | $ 35.00 | 2,625.00 |
| 98.00 | P80-BKSC-FDE | 80% PF940SC Subcompact Blank - FDE | | $ 35.00 | 3,430.00 |
| 1.00 | P80-BKSC-GRY | 80% PF940SC Subcompact Blank - Gray | | $ 35.00 | 35.00 |
| 207.00 | P80-BKSC-ODG | 80% PF940SC Subcompact Blank - OD Green | D/C Item | $ 35.00 | 7,245.00 |
| 433.00 | P80-BKSC-COB | 80% PF940SC Subcompact Blank - Cobalt | D/C Item | $ 35.00 | 15,155.00 |
| 60.00 | BKP-00095-BTI | 80% PF940SC Subcompact Frame Blank - Blue Titanium | D/C Item | $ 35.00 | 2,100.00 |
| 764.00 | BKP-00095-COY | 80% PF940SC Subcompact Frame Blank - Coyote | D/C Item | $ 35.00 | 26,740.00 |
| 500.00 | P80-BKSS-FDE | 80% PF9SS Single Stack Blank - FDE | | $ 32.00 | 16,000.00 |
| 500.00 | P80-BKSS-GRY | 80% PF9SS Single Stack Blank - Gray | | $ 32.00 | 16,000.00 |
| 1347.00 | P80-BKSS-COB | 80% PF9SS Single Stack Blank - Coablt | D/C Item | $ 30.00 | 40,410.00 |
| 2500.00 | P80-BK556v3-BLK | 80% RL556v3 Receiver Blank - Black | | $ 30.00 | 75,000.00 |
| 2000.00 | P80-BK556v3-ODG | 80% RL556v3 Receiver Blank  OD Green | | $ 30.00 | 60,000.00 |
| 1500.00 | P80-BK556v3-WHT | 80% RL556v3 Receiver Blank - White | | $ 30.00 | 45,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 526,005.00 |
| SHIPPING | |
| SALES TAX | - |
| TOTAL | $ 526,005.00 |

Exhibit B

| Document | Relevant Content | Notes |
|---|---|---|
| Report of Officer Andrea Cartagena | "On May 1, 2021, at approximately 1615, I was dispatched as a back up unit to 2104 Melrose Drive, in reference to a shooting."<br><br>Gun located in a white laundry basket<br><br>"I obtained the gun from the laundry basket and made way with my detainee to the front entrance of the home. Additional Officers of the Valdosta Police Department arrived on scene and were able to aid in securing the scene."<br><br>"I placed the gun in the back of Officer Vanderaa's patrol vehicle 0386, to be submitted to evidence." | The gun used in the shooting was located in a white laundry basket. It was not located in one of the bookbags underneath the shooter's bed. |
| | | |
| Report of Office Heather Willis | "On 05/01/2021 at approximately 1615 hours, I responded to a shooting at 2401 Melrose Drive."<br><br>"I began ensuring scene security. I was told that the weapon used was placed in a patrol vehicle already." | |
| | | |
| Evidence Submission Form, Division of Forensic Sciences, Georgia Bureau of Investigation<br><br>Submitted by Detective Daniel Dutton | Agency Item # is identified as a "Gray in color Polymer semi automatic handgun. No serial number."<br><br>"Please compare the firearm with the casings to determine if they were fired from this firearm. Please also ensure the functionality of the firearm. Please compare this firearm with the casings submitted in case 2104180169." | The gun in question was submitted to the GBI along with casings to confirm the VPD's belief that it was the firearm used in the shooting.. |
| | | |
| Detective Report of Daniel Dutton | Page 2-3: "She said she was going to get ready for work, so she sent into her sock drawer but saw her handgun and took it out. She said she was playing with the blue laser sight on the wall. She said she liked the laser because it was blue. She described how she was pointing the laser around the room. She said she removed the magazine from the firearm and pulled the trigger while she had the firearm pointed at the back of Thompson head. She said it was an accident and she did not mean to shoot him . . . | None of the Polymer 80 Glock frames found in bookbags under the suspect's bed appear were assembled.<br><br>There is a receipt that will show who the firearm was ordered from. It does not appear, |

-1-

| | |
|---|---|
| She said she had ordered the firearm from _____ using her own bank card and money. She showed me the email receipt from December 1, 2020 where she had ordered an PF45-GRY Polymer 80 Glock 20/21 PF45 80% Standard Pistol Frame Kit $99.99. It was shipped to _____ at 2104 Melrose Drive, Valdosta, Georgia and she used her school email address of _____." <br><br> "He [CST Cartrett] said under _____ bed he located several bookbag and were found to contain multiple gun parts, pistol magazines and ammunition. CST Cartrett stated he collected the following items: <br><br> . . . <br> -One multi-colored book bag with "rainB" printed on the front, found under _____ bed which contained the following: <br> One Polymer 80 black box containing One PF94OV2 80% standard frame, Color: Blue Titanium SKU: P80-PF94OV2-BTI, Glock style polymer pistol frame in a red jig along with drill bits and frame parts. <br> One Polymer 80 white box containing One PF9SS 80% single stack, Color: OD Green SKU: P80-PF9SS-ODG, Glock style polymer pistol frame in a red jig along with drill bits and frame parts. <br> One Polymer 80 white box containing One PF94OC 80% compact frame, Color: Black SKU: P80-PF94OCV1-BLK, Glock style polymer pistol frame in a red jig along with drill bits and frame parts <br><br> . . . <br><br> -One Adventure Time bookbag found under _____ bed found to contain the following: <br> One Magtech 40 S&W 180 gr FMJ box containing fifty cartridges. <br> One Taran Tactical magazine spring and base plate <br> One SGM Glock 22 magazine (Empty) <br> One Polymer 80 white box containing One PF940C 80% compact frame, color: Gray, SKU: P80-PF940CV1-GRY, Glock style polymer pistol frame in a red jig along with drill bits and frame parts <br> One Polymer 80 white box containing One PF940C 80% compact frame, color: Blue Titanium, SKU: P80-PF940CV1-BT1, Glock style polymer pistol frame in a red jig along with drill bits and frame parts, found under _____ bed. | however, that it was taken into evidence. |

UC_7656379.1

| | | |
|---|---|---|
| Valdosta-Lowndes Regional Crime Laboratory, Laboratory Report dated May 19, 2021, from Criminalist Michael B. Cartrett | "On Saturday, May 01, 2021 at approximately 1633 hours, I was contacted by Lowdnes E911 Dispatch advising the Valdosta Police Department<br><br>Per the Crime Scene Narrative, at the time that Criminalist Michael B. Cartrett was first called, the gun had already been removed from the crime scene:<br>"The suspect and the gun reportedly used were both taken into custody by VPD Officers."<br><br>Criminalist Michael B. Cartrett first went to the SGMC Emergency Room to document the victim's injuries.<br><br>"Officer Cartagena provided me with the victim's clothing (CS Item #1), which I collected and secured in my locked CS vehicle, to which I maintained the key."<br><br>"At approximately 1820 hours, Seargeant Woods advised the search warrants were in hand and being brought to the scene. At approximately 1830 hours, I donned nitrile gloves, Tyvek suit, and shoe covers, and began documenting the residence via digital videography."<br><br>"Under the suspect's bed, several bookbags were located and were found to contain multiple gun parts, pistol magazines, and ammunition. The following items were located, photographed, and collected:<br>. . ." | Cartrett was given the victim's clothing at SGMC but not the suspected weapon used in the crime.<br><br>The bookbags were located two hours or more after Officer Cartagena had removed the actual firearm from the residence. The bookbags that were found after a search warrant was obtained contained "gun parts", not assembled and operable firearms. |
| | | |
| November 12, 2024 Letter from Gerson & Schwarz, P.A. | • Due to the redactions, many names and specific items of information are missing from our copy of the report. Nonetheless, Page 3 of the laboratory report attached to the supplemental report (at Page 19 of Exhibit 1) contains an inventory list of items 'found under suspect's bed," including multiple boxes containing Polymer80 kits each identified by a distinctive SKU number. The third Polymer80 box referenced on Page 3 of the Laboratory Report/Page 19 of Exhibit 1 | These excerpts indicate that Plaintiff's basis for linking Delta Team Tactical to the incident is one of the frame kits found under the suspect's bed. But this frame kit is an unassembled "gun part" found at the scene two hours or |

UC_7656379.1

| | | |
|---|---|---|
| | references a 'Glock style polymer pistol frame," identified as a "PF940C 80% compact frame, 'together with a "jig," ' drill bits" and frame parts." This item is clearly one of the "ghost gun" kits obtained by J.C. This particular kit is further identified by its SKU number, "P80-PF940CV1-BLK." <br><br> • The preserved Polymer80 website page clearly indicates that the "PF940CV1 'compact version, in black (i. e. 'BLK") was one model of ghost gun kit being sold by Polymer80 at the time, as well as being one of the ghost gun kit models purchased by J.C. | more after the weapon had been removed from the premises by Officer Cartagena. There is no indication in any of the reports that it was involved in the shooting. <br><br> Per the Evidence Submission Form to the GBI and per Det. Dutton's narrative, the suspected firearm was gray in color, not black, but the item that Plaintiff is attributing to DTT was black. |

-4-