## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| SHAMIAH SHARP, as mother, natural guardian and Next friend of Z.T., a minor, residents and citizens of Georgia, )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>POLYMER 80, INC., A Nevada )<br>corporation, POLYMER80 )<br>ENTERPRISE PROPERTIES, LLC, )<br>A Nevada Limited Liability Company, )<br>And DELTATEAMTACTICAL.COM, )<br>A Utah Limited Liability Company d/b/a )<br>DELTA TEAM TACTICAL, )<br>)<br>    Defendants. )<br>_____/ | **CIVIL ACTION**<br>**CASE NO. 7:23-cv-33-WLS** |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS (D.E. 33) FILED BY DEFENDANT DELTA TEAM TACTICAL

Plaintiff SHAMIAH SHARP, as mother, natural guardian and next friend of Z.T., a minor, through undersigned counsel, moves pursuant to Local Rules 7.1 and 7.7 of this Court for a seven day extension of the time to respond to the Motion for Sanctions (D.E. 33) filed by Defendant DELTATEAMTACTICAL.COM d/b/a DELTA TEAM TACTICAL. Absent an extension, the response is due today, March 20, 2025. The parties are currently discussing resolution of the Motion. The Plaintiff respectfully requests an extension of seven (7) days, to March 27, 2025, to determine whether the issues raised by the Motion can be resolved voluntarily by the parties.

Sharp vs Polymer 80, etc. et. al.
Case No. 7:23-cv-33-WLS

WHEREFORE, the Plaintiff requests an extension of seven (7) days, to March 27, 2025, to respond to the Motion for Sanctions (D.E. 33) filed by Defendant DELTATEAMTACTICAL.COM d/b/a DELTA TEAM TACTICAL.

Respectfully submitted,

        s/*Edward S. Schwartz*
        Edward S. Schwartz,
        Florida Bar No. 346721 (admitted pro hac vice)
        GERSON & SCHWARTZ, P.A.
        1980 Coral Way
        Miami, FL  33145
        Tel: (305) 371-6000
        eschwartz@gslawusa.com
        Michael Davis
        Florida Bar No. 330094 (admitted pro hac vice)
        BOONE & DAVIS
        2311 North Andrews Avenue
        Fort Lauderdale, FL 33311
        T 954-566-9919
        F 954-556-2680
        MDavis@boonedavis.com

        **Counsel for Plaintiff**

Sharp vs Polymer 80, etc. et. al.<br>
Case No. 7:23-cv-33-WLS

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that the foregoing was filed and served through the CM/ECF system of this Court upon all counsel of record registered with the CM/ECF system of the Court, this 20th day of March, 2025.

>  **s/*Edward S. Schwartz*** 
> Edward S. Schwartz, 
> Florida Bar No. 346721 (admitted pro hac vice) 
> Gerson & Schwartz, P.A. 
> 1980 Coral Way 
> Miami, FL 33145 
> Tel: (305) 371-6000 
> eschwartz@gslawusa.com