IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHAMIAH SHARP, as mother, natural guardian and next friend of Z.T., a minor, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:23-CV-33 (WLS) |
| POLYMER 80, INC., *et al.*, | : : | |
| Defendants. | : : : | |

**ORDER**

Before the Court is a Stipulation of Dismissal (Doc. 38-1), filed by Plaintiff Shamiah Sharp on April 2, 2025. Therein, the Parties stipulate to the dismissal of Defendant DeltaTeamTactical.com d/b/a Delta Team Tactical as a Defendant in this lawsuit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** the Parties' Stipulation of Dismissal (Doc. 38-1). Therefore, Defendant DeltaTeamTactical.com d/b/a Delta Team Tactical is **DISMISSED, without prejudice,** from the above-captioned action. Accordingly, the Clerk of Court is **DIRECTED** to remove said Defendant from the Docket.

**SO ORDERED**, this 4th day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**