# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SHAMIAH SHARP, as mother, natural guardian and Next friend of Z.T., a minor, residents and citizens of Georgia,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | CIVIL ACTION NO. 7:23-cv-33-WLS |
| ) | |
| vs. ) | |
| ) | |
| **POLYMER 80, INC., A Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, A Nevada Limited Liability Company, And DELTATEAMTACTICAL.COM, A Utah Limited Liability Company d/b/a DELTA TEAM TACTICAL,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| **Defendants.** ) | |

## NOTICE AND STIPULATION OF SETTLEMENT

Plaintiff and Defendants POLYMER 80, INC. and POLYMER80 ENTERPRISE PROPERTIES, LLC by and through their respective undersigned counsel, hereby give notice of and stipulate to the settlement of this action, subject to approval as required by the appropriate guardianship court of the State of Georgia due to Plaintiff Z.T.'s incapacitated condition.[1] The parties request that the Court retain jurisdiction of this action solely for the purposes of finalizing the settlement and enforcement if necessary. Pursuant to the parties' proposed settlement, each party shall bear his or its own respective costs and attorney's fees.

*[Signatures on following page]*

---

[1] While Z.T. has reached the age of 18, the age of majority in his home state of Georgia, he remains incapacitated from the neurological injuries he received as alleged in the Complaint, to the extent that a guardianship and court approval of the settlement will still be required.

Respectfully submitted this 12th day of August, 2025.

**GERSON & SCHWARTZ, P.A.**

/s/ *Edward S. Schwartz*
Edward S. Schwartz
Florida Bar No. 346721 (Admitted pro hac vice)
1980 Coral Way
Miami, FL  33145
(305) 371-6000
eschwartz@gslawusa.com
*Counsel for Plaintiff*

**BOONE & DAVIS**

*/s/ Michael Davis*
Florida Bar No. 330094 (admitted pro hac vice)
2311 North Andrews Avenue
Fort Lauderdale, FL 33311
(954) 566-9919
MDavis@boonedavis.com
*Counsel for Plaintiff*

**WILLCOX & SAVAGE**

*/s/ Kevin Keller*
Kevin Keller
440 Monticello Avenue
Suite 2200
Norfolk, VA 23510
(757) 628-5677
kkeller@wilsav.com
*Counsel for Polymer80, Inc.*
*And Polymer80 Enterprise*
*Properties, LLC*