## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

SHAMIAH SHARP, as mother, natural   :
guardian and next friend of Z.T.,        :
a minor,                          :
                              :
      Plaintiff,                :
                              :
v.                               :     CASE NO.:  7:23-CV-00033 (WLS)
                              :
POLYMER80, INC., *et al.*,         :
                              :
      Defendants.           :

## <u>ORDER</u>

Previously, Plaintiff filed a Stipulation of Dismissal (Doc. 38) in which the Parties stipulated to the dismissal of Defendant DeltaTeamTactical.com d/b/a Delta Team Tactical ("Defendant Delta") as a Defendant in this lawsuit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court entered an Order (Doc. 39) acknowledging the Parties' stipulation and dismissing Defendant Delta from the above-captioned action.

A review of the Docket shows two pending motions filed by Defendant Delta. The first, a Motion to Dismiss (Doc. 15), is **DENIED**, without prejudice, as moot in light of the Parties' stipulation and Defendant Delta's dismissal from the action.

The second motion is Defendant Delta's Motion for Sanctions (Doc. 33), filed on February 27, 2025. Plaintiff and Defendant Delta are **INSTRUCTED** to inform the Court, in writing, of their respective positions on the motion in light of Defendant Delta's dismissal from the case **within twenty-one (21) days** of the entry of this Order, or **by no later than Wednesday, September 3, 2025**.

**SO ORDERED**, this 13th day of August 2025.

                                    **/s/ W. Louis Sands**
                                    **W. LOUIS SANDS, SR. JUDGE**
                                    **UNITED STATES DISTRICT COURT**