## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

SHAMIAH SHARP, as mother, natural          :
guardian and next friend of Z.T.,          :
a minor,                                    :
                                            :
      Plaintiff,        :
                                            :
v.                                          :          CASE NO.:  7:23-CV-00033 (WLS)
                                            :
POLYMER80, INC., *et al.*,                  :
                                            :
      Defendants.       :
_____:

### ORDER

    Before the Court is a Notice and Stipulation of Settlement (Doc. 42), filed on August 12, 2025. Therein, the Parties notify the Court that a settlement has been reached between Plaintiff and Defendants Polymer80, Inc. and Polymer80 Enterprise Properties, LLC.

    For good cause, the Parties' Notice (Doc. 42) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within forty-five (45) days** of the entry of this Order, or **by no later than Monday, September 29, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, Defendants' Motion to Dismiss (Doc. 19) is **DENIED**, without prejudice, as moot.

    **SO ORDERED**, this 14th day of August 2025.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE**
                    **UNITED STATES DISTRICT COURT**