UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHAMIAH SHARP, as mother, natural guardian and Next friend of Z.T., a minor, residents and citizens of Georgia, | ) ) ) | |
| | ) | CIVIL ACTION NO. 7:23-cv-33-WLS |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| POLYMER 80, INC., A Nevada corporation, POLYMER80 ENTERPRISE PROPERTIES, LLC, A Nevada Limited Liability Company, And DELTATEAMTACTICAL.COM, A Utah Limited Liability Company d/b/a DELTA TEAM TACTICAL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

/

## STIPULATION OF DISMISSAL

Plaintiff and Defendants POLYMER 80, INC. and POLYMER80 ENTERPRISE

PROPERTIES, LLC, by and through their respective undersigned counsel, hereby stipulate,

pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to the dismissal of this action

with prejudice, with each party to bear his, her or its own attorney's fees and costs. [1]

Respectfully submitted this 30th day of April, 2026.

GERSON & SCHWARTZ, P.A.

/s/ Edward S. Schwartz
Edward S. Schwartz
Florida Bar No. 346721 (Admitted pro hac vice)
1980 Coral Way
Miami, FL 33145
(305) 371-6000
eschwartz@gslawusa.com
Counsel for Plaintiff

---

[1] Former Co-Defendant DELTATEAMTACTICAL.COM d/b/a DELTA TEAM TACTICAL has previously been dismissed from this action.

-2-

*[Remaining Signatures on following page]*

**BOONE & DAVIS**

*/s/ Michael Davis*
Florida Bar No. 330094 (admitted pro hac vice)
2311 North Andrews Avenue
Fort Lauderdale, FL 33311
(954) 566-9919
MDavis@boonedavis.com
*Counsel for Plaintiff*

**WILLCOX & SAVAGE**

*/s/ Kevin Keller*
Kevin Keller
440 Monticello Avenue
Suite 2200
Norfolk, VA 23510
(757) 628-5677
kkeller@wilsav.com
*Counsel for Defendants Polymer80, Inc.
And Polymer80 Enterprise
Properties, LLC*

SO ORDERED this 5th day
of May, 2026

W. Louis Sands, Sr. Judge
United States District Court

-2-