IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SHAMIAH SHARP,                                    *

               Petitioner,          *

v.                                                                Case No.   7:23-cv-33 (WLS)

                                 *

POLYMER80 INC., et al.,

                                 *

               Respondents.
_____          *

## J U D G M E N T

Pursuant to this Court's Order dated May 4, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 5th day of May, 2026.

                           David W. Bunt, Clerk


                           s/ Katie Logsdon, Deputy Clerk